Goetz Fitzpatrick LLP
One Penn Plaza
31st Floor
New York, New York 10119
Telephone: 212-695-8100
Gary M. Kushner, Esq.
Scott D. Simon, Esq.

*Proposed Attorneys for Debtor and*
*Debtor-In-Possession*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X  Chapter 11

In re:
    Case No. 15-23094 (rdd)

CANAL ASPHALT, INC.,

    **NOTICE OF HEARING**
    Debtor.    **ON EMERGENCY USE**
----------------------------------------------------------------X  **OF CASH COLLATERAL**

**PLEASE TAKE NOTICE** that the Bankruptcy Court has scheduled a hearing on expedited notice to be held at the United States Bankruptcy Court, Southern District of New York, 300 Quarropas Street, White Plains, New York 10601 on Monday, August 3, 2015 at 2:30 p.m. before the Honorable Robert D. Drain to consider the following relief requested by Canal Asphalt, Inc. (the "Debtor"), pursuant to §§105(a), 361, 363, 364 (c) and (d) of Title 11 of the United States Code (the "Bankruptcy Code") and Fed.R.Bankr.P. 2002, 4001 and 9014:

    (a)    for use Cash Collateral on an emergency basis pending the entry of interim and final orders in accordance with the emergency budget annexed to the Motion filed on July 31, 2015 [ECF No 2];

    (b)    for use of Cash Collateral on an interim and final basis;

    (c)    scheduling interim and final hearings on the Motion; and

    (d)    granting the Debtor such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE**, that a copy of the Debtor's Motion can be obtained by accessing the Court's ECF System or by contacting the undersigned counsel.

Dated: New York, New York
August 3, 2015

GOETZ FITZPATRICK LLP

*Proposed Attorneys for Debtor and Debtor-In-Possession*

By: /s/Gary M. Kushner
Gary M. Kushner
A Partner of the Firm
Scott D. Simon
One Penn Plaza, 31st Floor
New York, New York 10119
(212) 695-8100

T:\Kushner\KDrive\Kushner\Canal Asphalt - Chapter 11\Notice of Hearing.doc