UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

In re:                                          :         Chapter 11
                                                :
CANAL ASPHALT, INC.,                            :         Case No. 15-23094 (RDD)
                                                :
                              Debtor.           :
---------------------------------------------------------------X

## ORDER AUTHORIZING RETENTION OF COHNREZNICK LLP
## AS FINANCIAL ADVISOR TO THE DEBTOR

**UPON** the application, dated August 11, 2015 (the "Application"), of Canal Asphalt, Inc., the debtor and debtor in possession herein (the "Debtor"), seeking entry of an order under 11 U.S.C. § 327(a) authorizing the employment of CohnReznick LLP ("CohnReznick") as its financial advisor; and upon the annexed declaration of Chad J. Shandler, dated July 29, 2015 (the "Shandler Declaration"); and it appearing that CohnReznick neither holds nor represents an interest adverse to the Debtor or its estate, that CohnReznick is disinterested as that term is defined in 11 U.S.C. § 101(14), and that its retention is necessary and in the best interests of the Debtor and the estate; and it appearing that no other or further notice need be given; and after due deliberation and good and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Application is granted to the extent provided herein; and it is further

**ORDERED** that the Debtor is authorized to retain and employ CohnReznick, effective as of the chapter 11 petition date, as the Debtor's financial advisor i under a general retainer; and it is further

**ORDERED** that to the extent the Application is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED** that the Court shall retain jurisdiction to hear and to determine all matters

arising from or related to implementation of this Order; and it is further

**ORDERED** that CohnReznick shall be compensated and reimbursed in accordance with and will file interim and final fee applications for allowance of its compensation and expenses, and shall be subject to, sections 330 and 331 of the Bankruptcy Code, as the case may be, and the applicable Bankruptcy Rules, Local Rules, and fee and expense guidelines and orders of the Court.

Dated:  White Plains, New York
         September 3, 2015

                                        /s/ Robert D. Drain_____
                                        United States Bankruptcy Judge

NO OBJECTION:

By:      /s/Greg Zipes_____
         Office of the United States Trustee